### HOFFMAN *v.* HOFFMAN.

*Monday,*
*December* 10.

APPEAL from the *Howard* Circuit Court.

*Per Curiam.*—The judgment in this case is reversed, for the reasons given in *McQuigg* v. *McQuigg*, 13 Ind. 294; the facts and questions of law arising in each case being similar.

The judgment is reversed, with costs.

*R. L. Walpole* and *C. D. Murray*, for appellant.

*Hugh O'Neal*, for appellee.